IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


SUSAN DICHTER                    :              CIVIL ACTION
                                 :
       v.                        :
                                 :
CITY OF PHILADELPHIA et al.      :              NO. 14-5611

ORDER

AND NOW, this 1st day of April, 2015, upon consideration of defendant City of

Philadelphia's ("City") partial motion to dismiss (docket entry # 14) and plaintiff's opposition

thereto and her motion to amend her amended complaint (docket entry # 16) and defendant

Public Health Management Corporation's ("PHMC") motion to dismiss (docket entry # 15) and

plaintiff's opposition thereto and motion to amend her amended complaint (docket entry # 17), it

is hereby ORDERED that:

      1.      The City's motion to dismiss is GRANTED IN PART and DENIED IN PART;

      2.      Plaintiff's claim for breach of contract as to the City is DISMISSED;

      3.      The City's motion to dismiss plaintiff's First Amendment retaliation claim is

DENIED;

      4.      Plaintiff's claim of conspiracy to deprive her of her civil rights under 42 U.S.C. §

1983 as to the City is DISMISSED;

      5.      Plaintiff's claim that the City violated its Charter and Civil Service Regulations is

DISMISSED;

      6.      Plaintiff's claim for wrongful discharge against the City is DISMISSED;

      7.      Plaintiff's claim of civil conspiracy against the City is DISMISSED;

      8.      Plaintiff's claim of a Due Process violation by the City is DISMISSED;

9.      PHMC's motion to dismiss is GRANTED IN PART and DENIED IN PART;

10.     Plaintiff's claim of a Due Process violation by PHMC is DISMISSED;

11.     Plaintiff's claim of conspiracy to deprive her of her civil rights under 42 U.S.C. §

1983 as to PHMC is DISMISSED;

12.     Plaintiff's claim of civil conspiracy as to PHMC is DISMISSED;

13.     PHMC's motion to dismiss plaintiff's First Amendment retaliation claim is

DENIED;

14.     Plaintiff's claim for wrongful discharge against PHMC is DISMISSED;

15.     Plaintiff's breach of contract claim against PHMC is DISMISSED;

16.     Plaintiff's motion for leave to amend her complaint is DENIED;

17.     By noon on April 8, 2015, the parties shall INFORM the Court by fax (215-580-

2156) whether mediation would likely be productive before Magistrate Judge Hart; and

18.     Further scheduling shall ABIDE receipt of the parties' facsimile.

BY THE COURT:


 /s/ Stewart Dalzell, J.
Stewart Dalzell, J.

2